# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 1:12-cr-00209-TWP-TAB-02 |
| OSCAR GUTIERREZ (02), ) | |
| ) | |
| Defendant. ) | |

## ORDER ON MOTIONS *IN LIMINE*

This matter is before the Court on Defendant Oscar Gutierrez's ("Mr. Gutierrez") Motions *in Limine* to exclude evidence of the alleged confidential informant's out-of-court statements (Dkt. 81), to exclude references to Mr. Gutierrez's prior conviction (Dkt. 82), and to exclude references to Mr. Gutierrez's immigration status (Dkt. 83). The Government responded that it does not oppose the motions, and does not intend to introduce evidence of the informant's out-of court statements which would qualify as hearsay, evidence of Mr. Gutierrez's prior conviction, or make reference to Mr. Gutierrez's immigration status in its case-in-chief. Dkt. 86.

Therefore, the Court **GRANTS** Mr. Gutierrez's Motions *in Limine* (Dkts. 81, 82, 83). If the parties wish to renew any arguments as the trial unfolds, they are free to approach the bench and do so. *See United States v. Connelly*, 874 F.2d 412, 416 (7th Cir. 1989) (emphasizing that an order either granting or denying a motion in *limine* is "a preliminary decision . . . subject to change based upon the court's exposure to the evidence at trial").

SO ORDERED.

Date: 10/08/2013

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Lisa L. Wood
LAW OFFICES OF PAUL M. BRAYMAN
lisa.l.wood@gmail.com

Paul M. Brayman
LAW OFFICES OF PAUL M. BRAYMAN
pmbrayman@rcn.com

Arturo Hernandez-M
Law Offices of Arturo Hernandez-M
artlawoff@aol.com

William Lance McCoskey
UNITED STATES ATTORNEY'S OFFICE
william.mccoskey@usdoj.gov